JOHN McNULTY, PLAINTIFF IN ERROR, *v.* JOHN BATTY AND OTHERS.

(See p. 72.)

MR. WALKER, of counsel for the defendants in error, moved the court to direct the clerk to what court the mandate, or other process prescribed by the forty-third rule of court, should be addressed. On consideration whereof, it is now here ordered by the court, that the clerk do not issue any mandate or other process in this case, but only a certified copy of the judgment this day rendered in this cause:

SYLVESTER B. PRESTON AND OTHERS, PLAINTIFFS IN ERROR, *v.* CHARLES BRACKEN.

(See p. 81.)

MR. WALKER, of counsel for the defendant in error, moved the court to direct the clerk to what court the mandate, or other process prescribed by the forty-third rule of court, should be addressed. On consideration whereof, it is now here ordered by the court, that the clerk do not issue any mandate or other process in this case, but only a certified copy of the judgment this day rendered in this cause.

JESSE HOYT, PLAINTIFF IN ERROR, *v.* THE UNITED STATES.

(See p. 109.)

MR. ATTORNEY-GENERAL CRITTENDEN moved the court to dismiss this cause for irregularity in the bill of exceptions, which was opposed by Messrs. Evans and Walker, of counsel for the plaintiff in error. Whereupon this court, not being now here sufficiently advised of and concerning what order to render in the premises, took time to consider.

On consideration of the motion made in this cause by Mr. Attorney-General on the 6th instant, and of the arguments of counsel thereupon had, it is now here ordered by the court, that the whole case be argued upon the bill of exceptions.